# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>Eric Hagen<br>*Defendant* | Case No. 25-mj- 105 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about August 1, 2025, in the Western District of New York, and elsewhere, the defendant Eric Hagen, did knowingly and intentionally import into the United States from a place outside thereof, that is, Canada, fentanyl and methamphetamine, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(3).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

TERESA M. ROEDER
Special Agent
Homeland Security Investigations
*Printed name and title*

Sworn to and signed telephonically.

Date: August 2, 2025

*Judge's signature*

City and State: Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

# AFFIDAVIT

STATE OF NEW YORK )
COUNTY OF ERIE      )   SS:
CITY OF BUFFALO     )

I, **TERESA M. ROEDER**, Special Agent of Homeland Security Investigations, United States Department of Homeland Security, having been duly sworn, states as follows:

1. I am a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), and have been employed in this capacity since August 2023. I am a graduate of the Criminal Investigator Training Program and HSI Special Agent Training Academy. I am currently assigned to HSI Office of the Special Agent in Charge, Buffalo, New York and have been working in Buffalo since March 2024. As a SA, my duties are to conduct and coordinate high-level comprehensive investigations involving individuals, groups, and/or organizations operating at a local, state, national, or international level. Prior to being employed as a SA with HSI, I was employed as a Deputy Sheriff with the Northampton County Sheriff's Department in Easton, Pennsylvania for approximately two and a half years. I have also worked with experienced HSI Special Agents and Task Force Officers, and I have consulted with law enforcement officers experienced in investigations.

2. As a result of my employment with HSI, my duties also include, but are not limited to, the investigation and enforcement of Titles 8, 18, 19, 21, and 31 of the United

States Code. I am a federal law enforcement officer within the meaning of Rule 41(a) of the Federal Rules of Criminal Procedure, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses in violation of the United States Code. In connection with my duties and responsibilities, I have received extensive training in criminal investigations, participated in criminal arrests, executed various warrants, interviewed individuals involved in different types of illicit activities, and have sworn out affidavits for warrants.

3.     Your affiant makes this affidavit in support of a criminal complaint charging **ERIC HAGEN** with violating Title 21, United States Code, Section 952(a) (importation of controlled substances).

4.     This affidavit is being submitted for a limited purpose, that is, a probable cause determination. Therefore, I have not presented all the facts of this investigation to date. I have only set forth only the information I believe to be necessary to establish probable cause. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from law enforcement officers and witnesses, as well as other law enforcement agency reports. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of the knowledge of this matter.

## PROBABLE CAUSE

5. On or about August 1, 2025, at approximately 11:12 a.m., Customs and Border Protection (CBP) Officer (CBPO) Jacob Lipiew encountered a white Mercedes bearing Nova Scotia license plate HHP359 while working on primary inspection at the Peace Bridge Port of Entry, in Buffalo, NY. The passenger of the vehicle was identified with a United States passport card as **ERIC HAGEN**. The driver of the vehicle worked for a driving service and had picked up **HAGEN** in Fort Erie, Ontario to drive him to the Buffalo, NY bus terminal. **HAGEN** explained he intended to take a bus from Buffalo to California thereafter.

6. CBPO Lipiew conducted primary queries on the driver and passenger which identified a lookout for **HAGEN**. The lookout on **HAGEN** called for a basic examination of electronic devices for child sexual exploitation material. According to a Canadian criminal history record, **HAGEN** had been convicted of possessing child pornography in St. Catharines, Ontario on June 5, 2024. **HAGEN** is presently on probation. As a result, of the lookout warning, **HAGEN** was referred to secondary screening. While at the secondary screening, **HAGEN** gave a negative verbal declaration to CBPOs for narcotics and weapons.

7. While in secondary, an inspection of HAGEN's luggage was performed by CBPOs. While searching through a large blue, Travelpro USA suitcase belonging to **HAGEN**, a CBPO discovered four (4) Nokia Verizon cellular telephones, nine (9) hard drives of various make and model, one (1) silver windows laptop, and one (1) VTECH monitor. HAGEN also was in possession of an additional cell phone on his person during the encounter.

8. A CBPO also searched through a large grey HEYS suitcase belonging to **HAGEN**. While searching through the suitcase, a CBPO discovered two plastic containers in the pocket of a men's swimsuit. One of the containers was yellow in color and contained a blueish granular material in a plastic bag. The other container was orange in color and contained a crushed glass like substance. The clear glass like crystals from the orange container was tested utilizing a test kit and yielded a positive result methamphetamine. The yellow container comprised of a clear plastic bag with dark fragments was tested utilizing a test kit and yielded a positive result for fentanyl.

**WHEREFORE**, based on the foregoing, your affiant respectfully submits that probable cause exists to believe that **ERIC HAGEN** has violated Title 21, United States Code, Section 952(a) (importation of controlled substances).

*TERESA M ROEDER*
Digitally signed by TERESA M ROEDER
Date: 2025.08.02 12:16:14 -04'00'

TERESA M. ROEDER
Special Agent
Homeland Security Investigations

Subscribed and sworn to telephonically on this  2nd  day of August, 2025.

*H. Kenneth Schroeder, Jr.*
HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge